UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-61049-Civ-Altonaga/Goodman

TONI L. FREEBORN,

    Plaintiff,

v.

CREDIT CONTROL, LLC, d/b/a
OMNI CREDIT SERVICES OF FLORIDA

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Toni L. Freeborn, gives notice that the parties have reached a settlement. Plaintiff requests the Court allow the parties until August 31, 2017 to complete the settlement process and file a joint dismissal with prejudice.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235
    don@donyarbrough.com

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-61049-Civ-Altonaga/Goodman

TONI L. FREEBORN,

    Plaintiff,

v.

CREDIT CONTROL, LLC, d/b/a
OMNI CREDIT SERVICES OF FLORIDA

    Defendant.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on August 18, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                    s/Donald A. Yarbrough
                                                    Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Ernest H. Kohlmyer, III, Esq.
Urban, Thier, & Federer, P.A.
Suite 2000
200 South Orange Avenue
Orlando, FL 32801
Telephone: 407-245-8352
Facsimile: 407-245-8361

Via Notices of Electronic Filing generated by CM/ECF